UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Stella Artois Santarelli

_____

*(Enter full name of plaintiff)*

Plaintiff,

v.

Multnomah County Federal Court;

Metropolitan Public Defenders Office;

Portland Police Bureau,

& Garrett Hemmerlein.

_____

*(Enter full name of ALL defendant (s))*

Civil Case No: 3:23-cv-00376-AN

(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

Yes        ☑ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

    Name: Stella Artois Santarelli

    Street Address: 650 S Lowell St, Unit 337

    City, State & Zip Code: Portland, Oregon, 97239

    Telephone No.: 971-287-1752

**Defendant No. 1**

    Name: Multnomah County Federal Court

    Street Address: 1000 SW 3rd Ave #740,

    City, State & Zip Code: Portland, Oregon 97204

    Telephone No.: 503.326.8000

**Defendant No. 2.**

    Name: Metropolitan Public Defenders Office

    Street Address: 630 SW 5th Ave #500

    City, State & Zip Code: Portland, Oregon 97204

    Telephone No.: 503.225.9100

**Defendant No. 3.**

    Name: Portland Police Bureau - (Garrett Hemmerlein),

    Street Address: 1111SW 2nd Ave,

    City, State & Zip Code: Portland, Oregon 97204

    Telephone No.: 503.823.3333

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A. You are bringing suit against (*check all that apply*):

   ☑ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

   B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

- Two Constitutional Rights is/are at issue, that I'm aware of - follows as listed: the 14th and 16th Amendment.

- In addition to a multitude, of other civil rights is/are at issues, needing to be thoroughly examined and considered, as this is a complex matter; due to the nature of the incident and individual (Stella Artois Santarelli) accused of committing several charges on 01.14.2022.

## III. STATEMENT OF CLAIMS   Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

### Portland Police Bureau - (Garrett Hemmerlein)

- *The defendants violated a multitude of my Civil Rights on 01.14.2022, throughout the duration of my imprisonment, and during the due process of court, leading up to the cases dismissal. When I was initially pulled over, it was by Hemmerlein's partner; then moments later – Officer Hemmerlein arrived and step out of his vehicle and ran toward mine. Although, randomly came to a stop and pulled out his firearm and aimed it at me. I attempted to hold my composer but when thinking of the reality of the*

*position I was placed in; logically I knew the likelihood of me being murdered was unfortunately rising, exponentially.*

- On or about January 14th, 2022; I <u>Stella Artois Santarelli,</u> was lured out of my home by the authorities and deceived into committing multiple crimes, starting with Driving While License Suspended and being chased in my partners vehicle. Regarding a Road Rage Incident, that I was a victim of earlier that day, Officer Hemmerlein informed me by phone, during our second call - that a witness called in, supporting and confirming my statement. Officer Hemmerlein then stated he needed me to meet him in person, so he could match my face to my ID; resulting in finding myself being chased, humiliate and assaulted with Officer Hemmerlein's patrol vehicle.

- The chase concluded with myself being pulled by each arm, by each responding officer, out of the driver side window, of my SUV. As it remained in drive and rolled into, then was pinned up against a light pole, where the assisting officer, switched the gear into park. Including a sanction of twenty days in jail, as a probation violation due to contact with law enforcement and new charges. With the potential to stand trial, I was placed under the additional supervision, of Pre Trial-Services.

- Which may or may not, have all been incited by my partner; we have an IPV situation we've been working on. He has a habit of punishing me from time to time, and in this case - it was likely backlash; since I was considering, leaving him. Which has yet to be revealed, although I'm aware he's sleeping with other tenants in my apartment building. He picks them up and brings them back, as he comes and goes from my apartment unit. They communicate by the phone and desktop application Teams, by text, and via email, as these are the communication services - he uses most often when he is visiting, other than random phone calls. I believe he signals to them by saying phrases like (I want to go; I don't want to be here; You're falsely imprisoning me;) then psychical harm, threats, and more physical harm. Doing so, by initiating an argument, then threating to leave me, concluding with physical violence.

                                                                                Thanks in advance,

Injuries suffered as a result:

Documentation provided as an attachment, has been included.

## Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

by the authorities and deceived into committing multiple crimes, starting with Driving While License Suspended and being chased in my partners vehicle. Regarding a Road Rage Incident, that I was a victim of earlier that day. Officer Hemmerlein - informed me by phone during our second call, that a witness called in, supporting and confirming my statement. Officer Hemmerlein then stated, he needed me to meet him in person, so he could match my face to my ID; resulting in finding myself being chased, humiliate and assaulted with Officer Hemmerlein's patrol vehicle.

- *On or about January 14th, 2022, I Stella Artois Santarelli, was lured out of my home*

\* **Multnomah County Federal Court**; *on 01.14.2022 and again on 03/31/2022. (By allowing the plaintiff to be detained and wrongly fully imprisoned for 20 days; as a probation violation following their Misconduct.)*

**Injuries suffered as a result:**

*Documentation provided as an attachment, has been included.*

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

- *On or about January 14th, 2022, I Stella Artois Santarelli, was lured out of my home*

by the authorities and deceived into committing multiple crimes, starting with Driving

Complaint for Violation of Civil Rights (Prisoner Complaint)                    6
[Rev. 01/2018]

While License Suspended and being chased in my partners vehicle. Regarding a Road Rage Incident, that I was a victim of earlier that day. Officer Hemmerlein - informed me by phone during our second call, that a witness called in, supporting and confirming my statement. Officer Hemmerlein then stated, he needed me to meet him in person, so he could match my face to my ID; resulting in finding myself being chased, humiliate and assaulted with Officer Hemmerlein's patrol vehicle.

\* **_Metropolitan Public Defenders Office_**; *on 03.31.2022; (In Court as they'd yet to provide console and completed - a secret indictment; while also violating the 14th and 16th Amendments.)*

**_Injuries suffered as a result:_**

Documentation provided as an attachment, has been included.

**_(If you have additional claims, describe them on another piece of paper, using the same outline.)_**

## V. EXHAUSTION OF ADMINISTRATIVE REMEDIES

☑ Yes            ☐ No

## V. RELIEF

\* State *briefly* exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

I'd like to kindly request, at minimum $650,000; as compensation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this $^{29th}$ day of May 2022.

_(Signature of Plaintiff)_

Complaint for Violation of Civil Rights (Prisoner Complaint) 8
[Rev. 01/2018]

- Attached, I've included documentation that should verify and provide validation, to the honorable judge; whom reviews these documents. That my late submission, was due to being preoccupied by my attempts to flee Domestic Violence; with an underlying source, of Human Trafficking.

50 S Lowell St,
pt 337
rtland, OR, 97239




**USPS FIRST-CLASS MAIL®**

U.S. POSTAGE
$7.99
FCM
97266
Date of sale
03/11/23
02   6W
9819700747

STELLA A SANTARELLI
0650 SW LOWELL ST
APT 337
PORTLAND OR  97239

2.90 oz
**RDC 29**

RETURN RECEIPT REQUESTED

SHIP TO:
DISTRICT COURT OF OREGON
1000 SW 3RD AVE 740
PORTLAND OR 97204

United States
District Court,
District of Oregon
Portland Division.
1000 SW 3rd Avenu
#740 Portland, Oregon
97204

**USPS CERTIFIED MAIL®**



9514 8066 9136 3070 0896 78

